# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1778. JARVIS SENTELL EVERETT v. THE STATE.

Jarvis Sentell Everett entered Alford Pleas to one count each of simple battery - family violence and terroristic threats and acts. Everett was sentenced to five years, with the first 60-90 days to be served in a detention center and the remainder to be served on probation. After he violated the terms of his probation, the trial court entered an order revoking Everett's probation. Everett filed an "application for appellate review" in the trial court, which was docketed in this Court as a notice of appeal. We, however, lack jurisdiction.

Appeals from probation revocation orders must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (5). Thus, Everett is not entitled to a direct appeal. *Jones v. State*, 322 Ga. App. 269, 269 n. 2 (745 SE2d 1) (2013); *Zamora v. State*, 226 Ga. App. 105, 105 (485 SE2d 214) (1997). Moreover, applications for discretionary appeal must be filed with the clerk of the Supreme Court or the Court of Appeals. OCGA § 5-6-35 (d). Everett filed his "application for appellate review" in the superior court, rather than this Court. Accordingly, this Court lacks jurisdiction over this appeal, which is hereby DISMISSED. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35

are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith.").



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __08/24/2023__

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*